887 A.2d 1212

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph RUSSO, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Nov. 22, 2005.

2

**ORDER**

PER CURIAM.

**AND NOW,** this 22nd day of November, 2005, the Petition for Allowance of Appeal is granted and the parties are directed to address the following issue:

Whether 34 Pa.C.S. § 901(a)(2) is unconstitutional because Article I, Section 8 of the Pennsylvania Constitution provides a landowner with a reasonable expectation of privacy in his posted property.